RCK

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 JUL 32 A 8:08
CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA, :
       Plaintiff, :
        :
v. :
        :
6200 GEORGETOWN BOULEVARD, :
ELDERSBURG, MARYLAND, etc., :    CIVIL NO. JFM-00-1617
       Defendant, :
        :
and :
        :
ELDERSBURG PLAZA II ASSOCIATES, :
       Claimant. :

...ooOoo...

## FINAL ORDER OF FORFEITURE

Upon review of the government's Motion for Final Order of Forfeiture and the record, it is this ___1st___ day of August 2001, **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. The substitute defendant property, $150,000, is **HEREBY FORFEITED** to the United States of America in accordance with the Settlement Agreement attached to the government's motion and in accordance with 19 U.S.C. section 1613(c).

5. The United States Marshal Service shall dispose of the substitute defendant property in accordance with law and in accordance with the Settlement Agreement attached to the government's motion.

                                                                   _____
                                                                   J. Frederick Motz
                                                                   United States District Judge