RCK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,         :
        Plaintiff,            :
                              :
        v.                    :
                              :
6200 GEORGETOWN BOULEVARD,        :
ELDERSBURG, MARYLAND, etc.,       :   CIVIL NO. JFM-00-1617
        Defendant,            :
                              :
and                               :
                              :
ELDERSBURG PLAZA II ASSOCIATES,   :
        Claimant.             :

...ooOoo...

## FINAL ORDER OF FORFEITURE

Upon review of the government's Motion for Final Order of Forfeiture and the record, it is this ___1st___ day of July 2001, **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. The substitute defendant property, $150,000, is **HEREBY FORFEITED** to the United States of America in accordance with the Settlement Agreement attached to the government's motion and in accordance with 19 U.S.C. section 1613(c).

— EXHIBIT B —

5. The United States Marshal Service shall dispose of the substitute defendant property in accordance with law and in accordance with the Settlement Agreement attached to the government's motion.

                                                    _____
                                                    J. Frederick Motz
                                                    United States District Judge