RCK:misc:writ of execution

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,
        Plaintiff,

v.

6200 GEORGETOWN BOULEVARD,
ELDERSBURG, MARYLAND, etc.,        CIVIL NO. JFM-00-1617
        Defendant,

and

ELDERSBURG PLAZA II ASSOCIATES,
        Claimant.    :

..ooOoo

## WRIT OF EXECUTION

Upon review of the government's Motion for a Writ of Execution and the record, and for good cause shown, it is this ___ day of March 2004, ORDERED, ADJUDGED, AND DECREED as follows:

1    The claimant, Eldersburg Plaza II Associates, agreed to pay the United States of America $150,000 in settlement of this case, and that agreement to pay was made a part of the Final Order of Forfeiture issued on August 1, 2001. Since then, the claimant has failed to make any payment in accordance with its agreement and this Court's order.

2.    Because the claimant has not made payment as agreed, the defendant real property is hereby forfeited to the United States of America up to the agreed upon forfeiture amount of $150,000 plus all interest accrued under the agreement.

3.    The United States Marshals Service is hereby directed to sell the defendant real property in the same manner as any other

forfeited real property as soon as is practicable. The proceeds of the sale are to be disposed of as follows:

    (A) First, to satisfy any liens or judgements that were properly recorded against the defendant real property prior to June 1, 2000, the date that the forfeiture case was initiated

    (B) Second, to satisfy all expenses relating to the seizure, forfeiture, and sale of the defendant property, including any expenses necessary to prepare the defendant property for sale.

    (C) Third, to satisfy the agreed upon forfeiture amount of $150,000 plus interest to the United States of America; that is, $181,500 plus $49.72 per day for the period from July 2, 2003, up to the date of the sale.

    (D) Fourth, the remaining net equity, if any, shall be released to the claimant by check made payable to Eldersbug Plaza II Associates.

J. Frederick Motz
United States District Judge

2