RCK:writ of execution dismiss

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                        Northern Division

UNITED STATES OF AMERICA,       :
          Plaintiff,            :
                                :
     v.                         :
                                :
6200 GEORGETOWN BOULEVARD,      :
ELDERSBURG, MARYLAND, etc.,     :    CIVIL NO. JFM-00-1617
          Defendant,            :
                                :
     and                        :
                                :
ELDERSBURG PLAZA II ASSOCIATES, :
          Claimant.             :
                       ...ooOoo...
```

**GOVERNMENT'S MOTION TO
DISMISS THE WRIT OF EXECUTION**

Plaintiff, the United States of America, through undersigned counsel, and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and 21 U.S.C. section 881, hereby requests an order dismissing the writ of execution against the defendant real property at 6200 Georgetown Boulevard, Eldersburg, Maryland, and in support therefor states as follows:

1.   The Verified Complaint in this case alleged that the defendant real property was used to commit narcotics offenses in violation of 21 U.S.C. section 841.  The parties reached a settlement agreement in July 2001 that provided that the government would release the defendant real property and, in exchange, the claimant would submit two certified checks in the total amount of $150,000 to be forfeited in place of the real property.

2. On August 1, 2001, the Court issued a Final Order of Forfeiture that incorporated the settlement agreement.

3. According to Karen Wolford of the U.S. Marshals Service, the claimant, Eldersburg Plaza II Associates, never made any payments towards the $150,000 that it agreed to pay, and that was ordered forfeited in the Final Order of Forfeiture.

4. In March 2004, the government requested a writ of execution against the real property in order to satisfy the judgment of $150,000 plus interest. By order dated March 19, 2004, the Court granted the request and issued the writ of execution.

5. When the Marshals attempted to execute the writ at the real property in April 2004, they learned that the claimant, Eldersburg Plaza II Associates had sold the property to a new entity known as Eldersburg Associates, LLC. Since then, counsel for the buyer has demonstrated that the sale was an arm's length transaction and that, despite the similarity in names, there is no connection between the seller and the buyer.

6. Because the writ of execution is now inefficacious, the government wishes to dismiss the writ while we trace the proceeds of the sale. Once that search is complete, the government will request a supplemental writ.

**WHEREFORE,** for the foregoing reasons, the government respectfully requests that the Court issue an order dismissing the

Writ of Execution in conformance with the attached draft order that is submitted for the convenience of the Court.

                                        Respectfully submitted,

                                        Thomas M. DiBiagio
                                        United States Attorney

<u>September 27, 2004</u>
Date                                     Richard C. Kay
                                        Assistant United States Attorney
                                        6625 United States Courthouse
                                        101 West Lombard Street
                                        Baltimore, Maryland 21201
                                        (410) 209-4850

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2004, a copy of the foregoing Motion for a Writ of Execution was mailed, postage pre-paid, to Robert H. Schapiro, Senior Vice President, Security Title, Six South Calvert Street, Baltimore, Maryland 21202.

                                        Richard C. Kay
                                        Assistant United States Attorney

RCK:misc:writ of execution dismiss

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, : |
| Plaintiff, : |
| : |
| v. : |
| : |
| **6200 GEORGETOWN BOULEVARD,** : |
| **ELDERSBURG, MARYLAND, etc.,** :   CIVIL NO. JFM-00-1617 |
| Defendant, : |
| : |
| **and** : |
| : |
| **ELDERSBURG PLAZA II ASSOCIATES,** : |
| Claimant. : |

...ooOoo...

**ORDER**

Upon review of the government's Motion To Dismiss The Writ of Execution, and for good cause shown, it is this _____ day of September 2004, **ORDERED, ADJUDGED, AND DECREED** as follows:

1.   The government's request is **GRANTED**.  The Writ of Execution dated March 19, 2004, is **HEREBY DISMISSED** without prejudice to the government's right to request further writs to satisfy the judgment in this case.

2.   The clerk of the court shall provide copies of this order to government counsel, and to Robert H. Schapiro, Senior Vice President, Security Title, Six South Calvert Street, Baltimore, Maryland 21202

_____
J. Frederick Motz
United States District Judge