RCK:writ of execution dismiss

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2004 SEP 28 A 11: 44

CLERK'S OFFICE
AT BALTIMORE

_____ DEPU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,
        Plaintiff,

6200 GEORGETOWN BOULEVARD,
ELDERSBURG, MARYLAND, etc.,      CIVIL NO. JFM-00-1617
        Defendant,

and

ELDERSBURG PLAZA II ASSOCIATES,
        Claimant.    :

ooOoo

GOVERNMENT'S MOTION TO
DISMISS THE WRIT OF EXECUTION

      Plaintiff, the United States of America, through undersigned counsel, and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and 21 U.S.C. section 881, hereby requests an order dismissing the writ of execution against the defendant real property at 6200 Georgetown Boulevard, Eldersburg, Maryland, and in support therefor states as follows:

      1.    The Verified Complaint in this case alleged that the defendant real property was used to commit narcotics offenses in violation of 21 U.S.C. section 841. The parties reached a settlement agreement in July 2001 that provided that the government would release the defendant real property and, in exchange, the claimant would submit two certified checks in the total amount of $150,000 to be forfeited in place of the real property.